### Case No. 5,131.

In re FRISBIE.

[13 N. B. R. (1876) 349.] 1

District Court, E. D. Michigan.

---

1 [Reprinted by permission.]

John J. Speed, for creditors.

D. M. Dickinson, for bankrupt.

BROWN, District Judge. The court directed an order to be entered approving the register's opinion, and vacating the order for the examination of the bankrupt.